Arthur W. Stevens, III, OSB # 850857
Black, Chapman, Peterson and Stevens
stevens@blackchapman.com
221 Stewart Ave, Suite 209
Medford, Oregon 97501
Telephone 541-772-9850
Fax: 541-779-7430

Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
208 Pine St
Floyd, VA 24091
Telephone: 931-231-4119
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TINA O'BRYANT**  1:19-CV-00380-CL

    Plaintiff,

ORDER FOR EAJA
ATTORNEY FEES

    v.

**Commissioner of Social Security,**

    Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $9040.00. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

    It is so ORDERED

    Dated this __16__ day of March 2021

                                                     Mark D. Clarke
                                                   United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1